177 A.3d 118

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–MOVANT, v. A.S.K., AND T.T., DEFEN-
DANTS, AND E.M.C., DEFENDANT–RESPONDENT. IN THE
MATTER OF THE GUARDIANSHIP OF N.D.K., A.E.C., AND
E.S.K., MINORS., (A.E.C.–RESPONDENT)

M–454 September Term 2017
079700

December 8, 2017

ORDER

It is ORDERED that the motion to expand the record is denied.